UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHANIE FRIEDMAN,
On behalf of herself and all others similarly situated,

                Plaintiff,

-against-

CREDIT BUREAU COLLECTION SERVICES, INC.

                Defendant.
-----------------------------------------------------------X

Docket No.: 08-CIV-2010

STIPULATION
EXTENDING TIME
TO ANSWER & ORDER

      IT IS HEREBY STIPULATED by and between the attorneys for the undersigned parties that the time for the defendant, CREDIT BUREAU COLLECTION SERVICES, INC., to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 7th day of April, 2008.

Dated:    New York, New York
             March 6, 2008

_____
BARRY JACOBS, ESQ. (BJ-0216)
ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, P.C.
Attorneys for Defendant CREDIT BUREAU
COLLECTION SERVICES, INC.
One Battery Park Plaza – 4th Floor
New York, New York 10004
Tel.: (212) 422-1200
Fax: (212) 968-7573
Our File No.: 6679

_____
ABRAHAM KLEINMAN (AK-6300)
KLEINMAN LLC
Attorneys for Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626
Tel.: (516) 522-2621
Fax: (888) 522-1692

So Ordered: March 7, 2008

_____
Charles Brieant
USDJ