UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHANIE FRIEDMAN, on behalf of herself and others        7:08-cv-02010-CLB
Similarly situated,

                                  Plaintiff,        **STIPULATION OF
                                                         DISMISSAL OF ACTION
                                                         WITH PREJUDICE**

                 -against-

CREDIT BUREAU COLLECTION
SERVICES, INC.,

                                 Defendant.
-------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the above action, brought by Plaintiff **CHANIE FRIEDMAN** against **CREDIT BUREAU COLLECTION SERVICES, INC.**, is hereby dismissed, with prejudice and without costs, pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure.

Dated:     New York, New York
             May 6, 2008


_____        _____
Abraham Kleinman (AK-6300)              BARRY JACOBS (BJ-0216)
KLEINMAN, LLC                           ABRAMS, GORELICK, FRIEDMAN
Attorneys for Plaintiff                 & JACOBSON, P.C.
CHANIE FRIEDMAN                         Attorneys for Defendant CREDIT BUREAU
626 RexCorp Plaza                       COLLECTION SERVICES, INC.
Uniondale, New York 11556-0626          One Battery Park Plaza – 4th Floor
(516) 522-2621                          New York, New York 10004
                                        (212) 422-1200

*So Ordered May 7, 2008*

_____
*[signature]*